No. D–1660. IN RE DISBARMENT OF TIGHE. Disbarment entered. [For earlier order herein, see 516 U. S. 1169.]

No. D–1677. IN RE DISBARMENT OF WITT. Ralph H. Witt, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1678. IN RE DISBARMENT OF HIRSH. Stuart H. Hirsh, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1679. IN RE DISBARMENT OF BROWN. David M. Brown, of Sherman Oaks, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1680. IN RE DISBARMENT OF CALVERT. David Ross Calvert, of Englewood, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–61. HOESTEREY v. CITY OF CATHEDRAL CITY ET AL.; and

No. M–62. JARDINE v. BROWN, SECRETARY OF VETERANS AFFAIRS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–853. M. L. B. v. S. L. J., INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR CHILDREN, S. L. J. AND M. L. J., ET UX. Sup. Ct. Miss. [Certiorari granted, ante, p. 1118.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 95–865. UNITED STATES v. WINSTAR CORP. ET AL. C. A. Fed. Cir. [Certiorari granted, 516 U. S. 1087.] Motion of respondent Glendale Federal Bank, FSB, for leave to file a supplemental brief after argument denied.

No. 95–1748. AARON v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA. Sup. Ct. Cal. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.